FILED

03/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0075

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## No. DA-24-0075

VERNON STENSVAD,

       Plaintiff and Appellee,

  v.

NEWMAN AYERS RANCH, INC.

       Defendant and Appellant.

---

## ORDER

---

Upon consideration of Appellant's Motion for 30-day extension of time, and good cause appearing therefor, Appellant is granted an extension of time to and including April 19, 2024, within which to prepare, serve, and file its Opening Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 13 2024